*1525*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-56 |
| ) | (29 U.S.C. §501(c)) |
| ) | |
| ANGELO SCHIFINO ) | |

### INFORMATION

### COUNT ONE

The United States Attorney charges:

1. At all times material to this Information, the defendant, ANGELO SCHIFINO, held the office of Financial Secretary of Local Steelworkers Union 532T of the International Steelworkers of America (hereinafter, "Local 532T").

2. At all times material to this Information, Local 532T was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and (j) of Title 29, consisting of approximately 44 active members who were skilled technicians, employed by Kopp Glass, making specialty glass used primarily in military and municipal installations.

3. Throughout the period May 2007 through May 2009, the defendant, ANGELO SCHIFINO, engaged in a practice of securing the signature of the then union president on blank checks which ANGELO SCHIFINO would then cash or otherwise negotiate for his own benefit, not for union business or expenses.

4. From in and around May 2007 until in and around May 2009, in the Western District of Pennsylvania, the defendant, ANGELO SCHIFINO, while an officer, that is, Financial Secretary of Local Steelworkers Union 532T of the International Steelworkers of America, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $9,917.65.

In violation of Title 29, United States Code, Section 501(c).

*[signature]*
DAVID J. HICKTON
United States Attorney
PA ID No.